```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
```

<u>COUSER</u>                            v.  <u>PRE-PAID LEGAL SERV.</u>   No. <u>12-2575-LAB(WVG)</u>

<u>HON. WILLIAM V. GALLO</u>       <u>CT. DEPUTY J. YAHL</u>    RPTR. _____

Case settled.

On or before <u>May 12, 2014</u>, a Joint Motion for Dismissal of this case shall be filed.

A Settlement Disposition Conference will be held in this case on <u>May 14, 2014</u>, at <u>8:30 AM</u>, in the chambers of Magistrate Judge Gallo unless a signed Joint Motion for Dismissal of this case is filed and <u>a copy of the signed Joint Motion is provided to the chambers of Magistrate Judge Gallo, prior to that time</u>.

DATED:  April 18, 2014

                                           _____
                                           Hon. William V. Gallo
                                           U.S. Magistrate Judge