# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE COUSER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>vs.<br><br>**PRE-PAID LEGAL SERVICES DBA LEGAL SHIELD; CALLFIRE, INC.; AND TERRY FRICK,**<br><br>Defendant.<br>_____ | CASE: 3:12-CV-02575-LAB (WVG)<br><br>**ORDER DISMISSING CASE** |

    IT IS HEREBY ORDERED that pursuant to the Joint Motion of the parties, Plaintiff's individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice. Each party shall bear its own costs and fees.

    Dated this 12th day of May, 2014.

*Larry A. Burns* (signature)
Honorable Larry Alan Burns
United States District Judge